1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax:  626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Joe Hand Promotions, Inc.

7

8                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10

11  JOE HAND PROMOTIONS, INC.,          CASE NO. 11-cv-02554-SC

12              Plaintiff,              PLAINTIFF'S *EX PARTE*
                                        APPLICATION FOR AN ORDER
13       vs.                            CONTINUING CASE MANAGEMENT
                                        CONFERENCE; AND ORDER
14  VIDURA TALAYARATHE, et al.          (Proposed)

15              Defendants.

16

17

18      TO   THE   HONORABLE   SAMUEL   CONTI,   THE   PARTIES   AND   THEIR

19  ATTORNEY/S OF RECORD:

20      Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the Case

21  Management Conference in this action, presently set for Friday, March 16, 2012 at 10:00 a.m. to a new

22  date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact

23  that the Defendants Vidura Talayarathe and Italiano Restaurant, Inc. have not yet answered Plaintiff's

24  Complaint (despite service of suit papers[1]).

25

26      As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive

27  pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant

28
_____
[1] Please see ECF #15 and 16.
PLAINTIFF'S *EX PARTE* APPLICATION FOR AN
ORDER CONTINUING CASE MANAGEMENT
CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:11-cv-02554-SC
PAGE 1

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Friday, March 16, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: March 8, 2012                          /s/ Thomas P. Riley
                                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                              By: Thomas P. Riley
                                              Attorneys for Plaintiff
                                              Joe Hand Promotions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN
ORDER CONTINUING CASE MANAGEMENT
CONFERENCE; AND ORDER (Proposed)
CASE NO. 3:11-cv-02554-SC
PAGE 2**

1
2
3
4
5   ///
6   ///
7                              **ORDER (~~Proposed~~)**
8
9          It is hereby ordered that the Case Management Conference in civil action number 3:11-cv-02554-
10  SC styled *Joe Hand Promotions, Inc. v. Vidura Talayarathe, et al.*, is continued to April 20, 2012 at
    10:00 a.m.
11             Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification
12  of Service of this Order with the Clerk of the Court.
13
14
15
16  **IT IS SO ORDERED**:
17
18
19  _____        Dated:_____
                                                            3/13/12
20  **THE HONORABLE SAMUEL CONTI**
    **United States District Court**
21  **Northern District of California**
22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
    ///

    **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
    **ORDER CONTINUING CASE MANAGEMENT**
    **CONFERENCE; AND ORDER (Proposed)**
    **CASE NO. 3:11-cv-02554-SC**
    **PAGE 3**

1  ///
2  ///
3  ///
4  ///
5  ///
6  ///
7
8        **PROOF OF SERVICE (SERVICE BY MAIL)**
9
10          I declare that:
11
12          I am employed in the County of Los Angeles, California.  I am over the age of eighteen years
13  and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,
14  California 91030.  I am readily familiar with this law firm's practice for collection and processing of
     correspondence/documents for mail in the ordinary course of business.
15
16          On March 8, 2012, I served:
17
18          **PLAINTIFF'S AMENDED *EX PARTE* APPLICATION FOR AN ORDER**
19          **CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
20          On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage
21  prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:
22
23          Vidura Talayarathe (Defendant)
24          3800 Klose Way, Suite H
            Richmond, CA 94806
25
26          Italiano Restaurants, Inc. (Defendant)
27          3800 Klose Way, Suite H
            Richmond, CA 94806
28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING CASE MANAGEMENT**
**CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 3:11-cv-02554-SC**
**PAGE 4**

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on March 8, 2012, at South Pasadena, California.


Dated: March 8, 2012                                          */s/ Maria Baird*                                    
                                                              **MARIA BAIRD**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed) CASE NO. 3:11-cv-02554-SC PAGE 5**